**Order entered January 31, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00878-CV**

**D. KYLE FAGIN, INDIVIDUALLY AND AS**
**TRUSTEE AND BENEFICIARY OF THE**
**D. KYLE FAGIN QUALIFIED SUBCHAPTER S TRUST, Appellant**

**V.**

**INWOOD NATIONAL BANK AND INWOOD BANCSHARES, INC.**
**AND CHRISTY FAGIN, Appellees**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-01688**

**ORDER**

Before the Court is appellant's January 27, 2022 unopposed second motion for an extension of time to file his brief on the merits. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellant on January 27, 2022 filed as of the date of this order.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE